IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:20CR44 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ADOPTION OF PRESENTENCE** |
| | ) | **INVESTIGATION REPORT** |
| JOSHUA BATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Defendant, Joshua Bates, by and through his attorney of record, hereby states he has no objections, additions, or changes to be made to the Presentence Investigation Report completed in this case. The Defendant adopts the information and materials contained within the Presentence Investigation report.

DATED this 22nd day of September, 2020.

                                                              Respectfully submitted,

                                                              JOSHUA BATES, Defendant,

                                                              By /s/ John Velasquez
                                                                  John Velasquez, #18183
                                                                  Attorney for the Defendant
                                                                  14301 FNB Pkwy., Suite 100
                                                                  Omaha, NE 68154
                                                                  Telephone: 402-639-6232
                                                                  Email: jjvlaw@outlook.com

## **CERTIFICATE OF SERVICE**

 I hereby certify that on September 22, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Jody B. Mullis, Assistant United States Attorney.

 I further certify that a true and correct copy of the foregoing was delivered to the following non-CM/ECF participant via email:

 Jennifer M. Reynolds
 U.S. Probation Officer
 jennifer_reynolds@nep.uscourts.gov

           */s/ John Velasquez*
           John Velasquez
           Attorney for the Defendant